UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:
GREGORY STUDZINSKI

Case No. 15-31659-SVK
Chapter 13

Debtor.

## AFFIDAVIT OF NO OBJECTION

STATE OF OHIO )
) SS.
HAMILTON COUNTY )

Jon Lieberman, being first duly sworn on oath, deposes and says:

1. That he is an attorney licensed to practice law in the United States Bankruptcy Court for the Eastern District of Wisconsin and represents creditor, PNC Bank, N.A. (hereinafter referred to as "PNC"), in the above matter, making this Affidavit on its behalf.

2. That on December 28, 2015, PNC filed a Notice of Motion and Motion for Relief from Automatic Stay; that said motion was served on the Debtor, the Trustee, and Debtor's attorney, as is evidenced by the Affidavit of Mailing on file.

3. That fourteen (14) days have passed since said service and no objection or request for hearing has been served on the affiant or the Court.

4. That the purpose of this Affidavit is to have the Court enter an Order Granting Relief from the Automatic Stay imposed herein to allow PNC to obtain possession of 2015 Ford Van, VIN# NM0LS7FX2F1177458 including the right to commence a replevin action in State Court for the recovery of same.

Drafted by: Attorney Jon Lieberman
525 Vine Street Suite 800
Cincinnati, OH 45202
(513) 723-2206

Dated this 12 day of January, 2016.

                                                /s/ Jon Lieberman
                                                Jon Lieberman
                                                State Bar No. OH 0058394

Subscribed and sworn to before me
this 12th day of January, 2016.

/s/Elizabeth Young_____
  Elizabeth Young_____(Notary Name)
Notary Public, State of _Ohio_____
My Commission expires: _05/18/2020_

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:
GREGORY STUDZINSKI

    Case No.   15-31659-svk
    Chapter 13

    Debtor.

## AFFIDAVIT OF MAILING

STATE OF OHIO    )
    ) SS.
HAMILTON COUNTY    )

    Jon Lieberman, being first duly sworn on oath, deposes and says that true copies of the Affidavit of No Objection, proposed Order Granting Relief from Automatic Stay and Affidavit of Mailing were served upon the hereinafter named parties by enclosing the same in an envelope postpaid for first-class handling which bore the sender's name and return address and which was addressed to each such party at his/her respective post office address and which was deposited in a U.S. Post Office depository in Cincinnati, Oh, on the 12th day of January, 2016 or served electronically upon the parties that accept electronic service:

Gregory Studzinski
1301 College Ave
APT# 8G
South Milwaukee, WI 53172

Alexander E. George
Geraci Law L.L.C.
55 E. Monroe #3400
Chicago, IL 60603

    /s/ Jon Lieberman
    Jon Lieberman
    State Bar No. OH 0058394

Subscribed and sworn to
before me this 12day of
January, 2016.

/s/Elizabeth Young_____
  Elizabeth Young_____   (Notary Name)
Notary Public, State of _Ohio_____
My Commission expires: _05/18/2020_