THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 15, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:
GREGORY STUDZINSKI

Case No. 15-31659-svk
Chapter 13

Debtor.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Pursuant to the Motion of PNC Bank, N. A. for an order for relief from the automatic stay with respect to the Debtor's property, 2015 Ford Van, VIN NM0LS7FX2F1177458, and there being no opposition to the Motion,

**IT IS ORDERED** that relief from the automatic stay imposed by 11 U.S.C. §362(a) is granted.

**IT IS FURTHER ORDERED** that this order is effective upon its entry.

Drafted by: Attorney Jon Lieberman
525 Vine Street Suite 800
Cincinnati, OH 45202
(513) 723-2206

#####