THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 2, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:   Gregory Studzinski

Debtor

No. 15-31659-svk
Chapter 13

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

PyraMax Bank FSB (the "Movant") filed a motion for relief from stay to foreclose on the Debtor's property located at 1301 College Avenue #8G, South Milwaukee, WI 53172 (the Property"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected, and that cause exists for granting the Movant's request for relief from stay.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

#####

Attorney John E. Talsky
7111 W. Edgerton Ave. Suite 102
Greenfield, WI 53220
Wis. Bar # 1015829